
# MANDATE

```
                                              CT/NEW HAVEN    FILED
                                              03-cr-223
                                              Booker  MAY 31  P 2: 51

                                              U.S. DISTRICT COURT
                                              NEW HAVEN, CT
```

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 12th day of May, two thousand and five,

Present:
    Hon. Ralph K. Winter,
    Hon. Sonia Sotomayor,
    Hon. Barrington D. Parker, Jr.,
        *Circuit Judges.*



United States of America,

    Appellee,

v.                                                                      Docket No. 04-3915-cr

Bernabe Diaz,

    Defendant-Appellant.

    By order dated January 13, 2005, the Court granted the government's motion for summary affirmance but held the mandate pending United States v. Booker, 125 S. Ct. 738 (2005). In light of the Supreme Court's decision in Booker and this court's decision in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), the parties have consented to a remand of this case to the district court for further proceedings in conformity with Crosby.

    The disposition in the prior order of January 13, 2005, is **vacated** and the case **remanded** in conformity with Crosby.

    Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

```
       A TRUE COPY                 FOR THE COURT:
Roseann B. MacKechnie, CLERK       Roseann B. MacKechnie, Clerk
by [signature]                     By: [signature]
    DEPUTY CLERK                   Oliva M. George, Deputy Clerk

                                   ISSUED AS MANDATE: 5/23/05
```