UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO.:   3:03  CR223 (EBB) |
| VS. | : | |
| | : | |
| BERNABE DIAZ | : | JANUARY 13, 2006 |

## DEFENDANT'S MOTION TO SEAL HIS SUBMISSION CAPTIONED "MOTION FOR RESENTENCING AND MEMORANDUM IN SUPPORT OF MOTION FOR RESENTENCING"

The Defendant, pursuant to L.Cr.R. 57(b)(1), hereby moves the Court to order sealed Docket Entry #95, Defendant's Motion for Resentencing and Memorandum in Support of Motion for Resentencing, dated January 10, 2006, and Exhibit "A" attached thereto.

The grounds for the granting of this Motion is that Exhibit "A" to Defendant's Memorandum references information regarding the minor victim which warrants that the documents be filed under seal. Counsel for the Government has no objection to the granting of this Motion.

THE DEFENDANT
BERNABE DIAZ


BY_____
  Eugene J. Riccio
  The Law Offices of John R. Gulash, Jr.
     & Eugene J. Riccio
  P.O. Box 9118
  350 Fairfield Avenue
  Bridgeport, CT 06601
  Tel. (203)367-7440
  Fax (203)336-8379
  Fed. Bar #ct 06619

CERTIFICATION OF SERVICE

       This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 13th day of January, 2006 to:

William Nardini, Esquire
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Mr. Michael P. Guglielmo
United States Probation Officer
United States Probation Office
157 Church Street, 22nd Floor
New Haven, CT 06510

                                                                                        _____

                                                                                        Eugene J. Riccio