UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

      v.                       :   NO. 3:03CR223(EBB)

BERNABE DIAZ                    :

### RULING ON DEFENDANT'S MOTION FOR RESENTENCING

Following remand, pursuant to United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), for this court to determine whether defendant should be resentenced in light of United States v. Booker, 543 U.S. 220 (2005), defendant filed the pending motion.

The court sentenced defendant on June 24, 2004, to a term of 96 months in prison, to be followed by three years of supervised release, having calculated defendant's sentencing guideline range to be 87 to 108 months, which included a refusal to give defendant an extra point for acceptance of responsibility and an increase in his Criminal History category to III.

At the time of sentencing, the court considered the relevant factors of 18 U.S.C. § 3553(a), particularly subdivisions (1) and (2)(A)(B) and (C), as well as the Sentencing Guidelines. Had the Sentencing Guidelines been advisory, rather than mandatory, on June 24, 2004, the court would not have imposed a materially different sentence.

Accordingly, Defendant's Motion for Resentencing [Doc. No. 95] is denied.

SO ORDERED.

/s/ Ellen B. Burns
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 8th day of February, 2006.